FILED
CLERK
10:21 am, Aug 11, 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------
POWER UP LENDING GROUP, LTD.,

                        Plaintiff,

       -against-

NORTH AMERICAN CUSTOM SPECIALTY VEHICLES, INC., *a DE corporation; a subsidiary of Global Digital doing business as Nacs Vehicles, Inc.*, GLOBAL DIGITAL SOLUTIONS, INC., JEROME J. GOMOLSKI**,**

                     Defendant(s).
----------------------------------------------------------X

**ADOPTION ORDER**
16-cv-1025 (ADS)(AYS)

**APPEARANCES:**

**Naidich Wurman LLP**
*Attorneys for the Plaintiff*
111 Great Neck Road
Suite 214
Great Neck, NY 11021
        By:     Richard S. Naidich, Esq.,
                   Robert P. Johnson, Esq., Of Counsel

**NO APPEARANCES:**

**North American Custom Specialty Vehicles, Inc., Global Digital Solutions, Inc., Jerome J. Gomolski**
*The Defendants*

**SPATT, District Judge**.

        On October 4, 2016, the Clerk of the Court noted the default of the Defendants North American Custom Specialty Vehicles, Inc., Global Digital Solutions, Inc., and Jerome J. Gomolski (collectively, the "Defendants"). On October 21, 2016, the Plaintiff Power Up Lending Group, LTD. (the "Plaintiff") moved for a default judgment against the Defendants. On October 22, 2016, this Court referred the Plaintiff's motion to Magistrate Judge Anne Y. Shields for a report and recommendation.

1

On July 26, 2017, Judge Shields issued a report and recommendation (the "R&R") recommending that the Plaintiff's motion for default judgment be granted, and that it be awarded damages against all of the Defendants, jointly and severally, in the amount of $109,302.79.

It has been more than fourteen days since the service of the R&R, and the parties have not filed objections.

As such, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result. See Coburn v. P.N. Fin., No. 13-CV-1006 (ADS) (SIL), 2015 WL 520346, at *1 (E.D.N.Y. Feb. 9, 2015) (reviewing Report and Recommendation without objections for clear error).

Accordingly, the R&R is adopted in its entirety.

The Clerk of the Court is respectfully directed to enter judgment for the Plaintiff in the amount of $109,302.79, and to close the case.

**SO ORDERED.**

Dated: Central Islip, New York

August 11, 2017

                                                _/s/ Arthur D. Spatt_
                                                ARTHUR D. SPATT
                                        United States District Judge