**FILED**
**CLERK**

11:05 am, Aug 15, 2017

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

POWER UP LENDING GROUP, LTD.,

        Plaintiff,

  - against -

NORTH AMERICAN CUSTOM SPECIALTY VEHICLES, INC., *a DE corporation; a subsidiary of Global Digital doing business as Nacs Vehicles, Inc.,* GLOBAL DIGITAL SOLUTIONS, INC., JEROME J. GOMOLSKI,

        Defendants.
-------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 16-1025 (ADS)(AYS)

      An Adoption Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on August 11, 2017; adopting in its entirety the July 26, 2017 Report and Recommendation ("R&R") of United States Magistrate Judge Anne Y. Shields; granting the Plaintiff's motion for a default judgment; awarding the Plaintiff damages against all of the Defendants, jointly and severally, in the amount of $109,302.79; and directing the Clerk of the Court to enter judgment for the Plaintiff in the amount of $109,302.79, and to close the case, it is

      **ORDERED AND ADJUDGED** that the Plaintiff Power Up Lending Group, Ltd.'s motion for a default judgment as against the Defendants North American Custom Specialty Vehicles, Inc., Global Digital Solutions, Inc., and Jerome J. Gomolski is granted; that the Plaintiff Power Up Lending Group, Ltd. is awarded damages against the Defendants North American Custom Specialty Vehicles, Inc., Global Digital Solutions, Inc., and Jerome J. Gomolski, jointly and severally, in the amount of $109,302.79; and that this case is closed.

Dated:  Central Islip, New York
          August 15, 2017

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT

                      By:    /s/ James J. Toritto
                            Deputy Clerk